ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 JAN -5 PM 4:10
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JOHN GRISHAM (01)
ROB WILBURN (02)
RICHARD SPEIGHTS JR. (03)

NO. 3:21-CR-440-M

**GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT**

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order to unseal the superseding indictment returned by the grand jury in the above-captioned criminal case. The government requests that the superseding indictment be unsealed as the defendants' counsel will be served with a summons for the defendants' initial appearances.

[NOTHING FURTHER ON THIS PAGE]

Dated this ________day of January 2023.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON, CHIEF
U.S. DEPARTMENT OF JUSTICE
FRAUD SECTION, CRIMINAL DIVISION

/s/ *Carlos A. Lopez*

CARLOS A. LOPEZ
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
New York State Bar No. 4256244
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 202-875-9038
Carlos.Lopez@usdoj.gov



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN GRISHAM (01)<br>ROB WILBURN (02)<br>RICHARD SPEIGHTS JR. (03) | NO. 3:21-CR-440-M |

**ORDER**

Before the Court is the Government's Motion to Unseal the Superseding Indictment in the above-captioned criminal case. The Court **GRANTS** the motion.

IT IS THEREFORE ORDERED that the Superseding Indictment be **unsealed**.

IT IS FURTHER ORDERED that the government is permitted to provide each defendant and each defendants' counsel with a copy of the Superseding Indictment, for purposes of the defendants' initial appearance in federal court or a foreign court/jurisdiction.

IT IS FURTHER ORDERED that this Order and the accompanying motion be **unsealed**.

**SO ORDERED** on this _____ day of January 2023.

_______________________________
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS